Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024

O:   (310) 473-4525
F:   (310) 475-8187
estambler@msn.com

California State Bar Number: 58374

Party for: **Terry Steward**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br>V.<br>TERRY STEWARD,<br>    DEFENDANT.<br>_____ | CASE NO.: CR 06-864-R<br><br>NOTICE OF INSANITY DEFENSE<br>PURSUANT TO RULE 12.2<br>(F.R.C.P.) |

TO THIS HONORABLE COURT:

Pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure and Notice to the Government the defendant, Terry L. Steward, will rely on the defense of insanity as well as other defenses open to the defendant.

Dated: January 11, 2007

_____

Errol H. Stambler

Attorney for Mr. Steward