1  KAREN P. HEWITT
   United States Attorney
2  DAVID L. KATZ
   Assistant U.S. Attorney
3  California State Bar No. 141295
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5226/(619) 235-2757 (Fax)
   Email: David.Katz@usdoj.gov
6

7  Attorneys for Plaintiff
   United States of America
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   Criminal Case No. 06CR0864-MRH
                                   )
12           Plaintiff,            )   **JOINT MOTION TO CONTINUE**
                                   )   **HEARING**
13      v.                         )
                                   )   Date:    March 21, 2008
14 TERRY LEE STEWARD,              )   Time:    8:00 a.m.
                                   )
15                                 )
                                   )
16           Defendant.            )
                                   )
17

18      IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by

19 and through its counsel, Special Attorney David Katz, U.S. Department of Justice, and the defendant,

20 Terry Lee Steward, by and through his counsel, Errol H. Stambler, that the hearing in the above entitled

21 case scheduled for March 21, 2008 at 8:00 a.m., be continued to _____ at _____ .

22 //

23 //

24 //

25 //

26 //

27

28

                                                                                    06CR0864-MRH

The undersigned Special Attorney called the court's courtroom deputy to obtain the new hearing date and that date is agreeable to all parties. A proposed order with respect to this joint motion is being submitted directly to the court via Marypat_Piazza@ord.uscourts.gov

Date: 3/13/08                    s/DAVID L. KATZ
                                                 DAVID L. KATZ
                                                 Special Attorney
                                                 Department of Justice

Date: 3/13/08                    s/Errol H. Stambler
                                                 ERROL H. STAMBLER
                                                 Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06CR0864 |
| Plaintiff, | ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| TERRY LEE STEWARD, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID L. KATZ, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of Government's Joint Motion to Continue Hearing on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1.**     **Errol Stambler, estambler@msn.com**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1.**     **N/A**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2008

    /s/David L. Katz
    DAVID L. KATZ